UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KATHY A. CATES, | ) | CASE NO. 5:17-cv-511 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | |
| SWIFT TRANSPORTATION | ) | |
| COMPANY OF ARIZONA, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

===========================

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) | CASE NO. 5:17-cv-528 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | |
| AHMED ABDULLAH-QUAID AL-ATOOALI, et al., | ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

**ORDER**

On September 1, 2017, the Court was notified by facsimile from the private mediator engaged by the parties that this matter has been resolved. Accordingly, this case is dismissed. Any and all releases, agreements or entries necessary to comply with the settlement shall be executed by the parties.

A final dismissal entry, approved by counsel for plaintiffs and defendants, shall be filed with the Court on or before October 6, 2017, and shall supersede this Order. This case is closed.

**IT IS SO ORDERED**.

Dated: September 1, 2017

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**