IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KATHY A. CATES, | CASE NO. 5:17-CV-511 |
| Plaintiff, | JUDGE SARA LIOI |
| vs. | **JOINT NOTICE OF DISMISSAL WITH PREJUDICE** |
| SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, ET AL., | |
| Defendants. | |
| | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | CASE NO. 5:17-CV-528 |
| Plaintiff, | JUDGE SARA LIOI |
| vs. | |
| AHMED ABDULLAH-QUAID AL-ATOOALI, ET AL., | |
| Defendants. | |

Now come Plaintiffs Kathy A. Cates and State Farm Mutual Automobile Insurance Company and Defendants Swift Transportation Company of Arizona, LLC and Ahmed Abdullah-Quaid Al-Atooali, by and through their respective undersigned counsel, and hereby advise this Court that all of Plaintiff's claims against Defendants have been settled. Plaintiffs hereby dismiss the instant case with prejudice. Defendants to bear costs.

11931795 _1 085598.0019

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ *John K. Rinehardt* (per approval 10/5/17) | /s/ *Jessica L. Sloan* |
| John K. Rinehardt, Esq.<br>RINEHARDT LAW FIRM<br>2404 Park Avenue West<br>Mansfield, OH  44906<br>ATTORNEYS FOR PLAINTIFF<br>KATHY A. CATES | Bradley A. Wright (0047090)<br>bwright@ralaw.com<br>Jessica L. Sloan (0090181)<br>jsloan@ralaw.com<br>Roetzel & Andress, LPA<br>222 South Main Street<br>Akron, OH  44308<br>Telephone:  330.376.2700<br>Facsimile:  330.376.4577<br>ATTORNEYS FOR DEFENDANTS SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC AND AHMED A. AL-ATOOALI |
| /s/ *Matthew C. Workman* (per approval 10/5/17)<br>Matthew C. Workman, Esq.<br>KEIS GEORGE LLP<br>55 Public Square<br>Suite 800<br>Cleveland, OH  44113<br>ATTORNEYS FOR PLAINTIFF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | |

**PROOF OF SERVICE**

The foregoing was filed electronically with the Court on November 1, 2017.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Jessica L. Sloan*
Jessica L. Sloan

2

11931795 _1 085598.0019